| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | ERIC V. KERSTEN, Bar #226429 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| 6 | Attorney for Defendant |
| | Jose Guadalupe Vargas-Frias |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 1:11-cr-00282 AWI-DLB |
|---|---|
| | ) |
| Plaintiff, | ) STIPULATION TO CONTINUE STATUS |
| | ) CONFERENCE AND ORDER THEREON |
| v. | ) |
| | ) Date: July 9, 2012 |
| JOSE GUADALUPE VARGAS-FRIAS, | ) Time: 10:00 a.m. |
| | ) Judge: Hon. Dennis L. Beck |
| Defendant. | ) |
| | ) |
| _____ | ) |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, IAN A. GARRIQUES, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Jose Guadalupe Vargas-Frias, that the date for status conference in this matter may be continued to July 9, 2012, or the soonest date thereafter that is convenient to the court. **The date currently set for status conference is May 29, 2012. The requested new date is July 9, 2012.**

Mr. Vargas-Frias has rejected the government's fast-track plea offer in this matter. This continuance is requested to allow time for further defense investigation and preparation in order to determine how best to proceed in this matter. It is anticipated that the defense will request a motion briefing schedule and/or a trial date at the next status conference.

///

1   The parties agree that the delay resulting from the continuance shall be excluded as necessary for
2   effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  For this reason, the
3   ends of justice served by the granting of the requested continuance outweigh the interests of the public and
4   the defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

DATED: May 23, 2012                By /s/ Ian A. Garriques
                                   IAN A. GARRIQUES
                                   Assistant United States Attorney
                                   Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: May 23, 2012                By /s/ Eric V. Kersten
                                   ERIC V. KERSTEN
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   Jose Guadalupe Vargas-Frias

# O R D E R

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  **May 25, 2012**              /s/ Dennis L. Beck
                                   UNITED STATES MAGISTRATE JUDGE