| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | ERIC V. KERSTEN, Bar #226429 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorneys for Defendant |
| 6 | Jose Vargas-Frias |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 1:11-cr-00282 AWI |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE SENTENCING |
| | ) AND ORDER THEREON |
| v. | ) |
| | ) DATE: June 24, 2013 |
| JOSE VARGAS-FRIAS, | ) TIME: 10:00 a.m. |
| | ) JUDGE: Hon. Anthony W. Ishii |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MIA A. GIACOMAZZI, Assistant United States Attorney, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant Jose Vargas-Fris, that the date for sentencing may be continued to June 24, 2013, or the soonest date thereafter that is convenient to the court. **The date currently set for sentencing is June 17, 2013 The requested new date is June 24, 2013.**

It is further requested that any sentencing memorandum or formal objections to the Advisory Guideline Pre-sentence Investigation Report may be filed by June 12, 2013, and that any response thereto may be filed by June 19, 2013. This continuance is requested to allow additional time for the defense to file its sentencing memorandum and to allow time for defense counsel to review said memorandum with Mr. Vargas-Frias, who is housed in the Lerdo/Kern County Detention Facility.

The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). For this reason, the

ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

|  |  |
|---|---|
|  | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: June 7, 2013 | By */s/ Mia A. Giacomazzi*<br>MIA A. GIACOMAZZI<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|  | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: June 7, 2013 | By */s/ Eric V. Kersten*<br>ERIC V. KERSTEN<br>Assistant Federal Defender<br>Attorney for Defendant<br>Jose Vargas-Frias |

**O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: June 7, 2013

_____
SENIOR DISTRICT JUDGE